Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Texas
### _____ Division

Pro se Marcus Moore and Pro se Mary lee Moore

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Dr. Lance Clay Buting

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. 4:23cv291 SDJ/KPJ
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ✔ Yes ☐ No

**FILED**
APR 0 4 2023
Clerk, U.S. District Court
Eastern District of Texas

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Marcus Moore and Mary lee Moore |
| Street Address | 2773 Franklin Drive |
| City and County | Mesquite, TX Dallas County |
| State and Zip Code | Texas, 75150 |
| Telephone Number | 720-891-6285 and 337-422-2916 |
| E-mail Address | marcusmoore94@yahoo.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

    Name: Dr. Lance Clay Buting
    Job or Title (if known): Chiropractic
    Street Address: 1356 N. Academy Blvd
    City and County: Colorado Springs, CO
    State and Zip Code: 80909-3314
    Telephone Number: 719-367-7749
    E-mail Address (if known):

Defendant No. 2

    Name:
    Job or Title (if known):
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address (if known):

Defendant No. 3

    Name:
    Job or Title (if known):
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address (if known):

Defendant No. 4

    Name:
    Job or Title (if known):
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address (if known):

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✔] Federal question    [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
Tittle 18, U.S.C., Section 242/18 U.S. Code 1341 Fraud and Swindles

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
       The plaintiff, *(name)* Marcus Moore and Mary Lee Moore, is a citizen of the State of *(name)* Texas.

    b. If the plaintiff is a corporation
       The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
       The defendant, *(name)* Dr. Lance Clay Buting, is a citizen of the State of *(name)* Colorado. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

  b.  If the defendant is a corporation

The defendant, *(name)* Dr. Lance Clay Buting , is incorporated under the laws of the State of *(name)* Colorado Springs, Co , and has its principal place of business in the State of *(name)* Colorado Springs, Co .

Or is incorporated under the laws of *(foreign nation)* _____ , and has its principal place of business in *(name)* Heuser Chiropractic .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

  3.  The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Dr. Lance Clay Buting have a illegal Power of attonery Over Marcus Moore with out his consent by deprivation of Marcus Moore Rights under color of any law, by commiting a crime of Estafs or swindling with unfaitfulness or pretenses or fraudulent acts and through fraudulent means, for his own personal gain (See attaches).

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

on September, 13 2022 Marcus Moore and mary lee Moore went to Amber Sliger, office to talk about the case and get the contract that Marcus Moore and Mary Lee Moore sign on july, 27, 2022 that Heuser Chiropractic gave Marcus Moore saying that was the contract came from Amber sliger, Attorney at Law. Amber sliger told marcus moore and mary lee moore that she didn't have a sign agreement contract with Marcus Moore and Mary lee Moore on the date july, 27, 2022, Dr. Lance Clay Buting lying like on July, 27, Marcus Moore and Mary lee Moore was signing a contract with attorney Amber Sliger (See Attaches). Marcus Moore and Mary Lee Moore Belive that Dr. Lance Clay Buting is in a conspiracy with some goverment offical to kill Marcus Moore for his own personal gain

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Marcus Moore and Mary lee Moore asking the court to make an order that the power of attorney that Dr. lance clay Buting will take the power attorney off of Marcus Moore because Mary Lee Moore is his Mother and his garden , and and actual damages for mental anguish for $750,000.00 because Marcus Moore is afraid for his life,

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 04/03/2023

Signature of Plaintiff: *Marcus Moore    Mary Lee Moore*
Printed Name of Plaintiff: Marcus Moore    Mary Lee Moore

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____