THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| MARCUS MOORE and MARY LEE MOORE | § § § |
| v. | § Civil Action No. 4:23-cv-291-SDJ-KPJ § § |
| DR. LANCE CLAY BUNTING | § § § |

**MEMORANDUM ADOPTING REPORT AND**
**RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. The Magistrate Judge has entered proposed findings of fact and a recommendation (the "Report"), (Dkt. #10), that Defendant Dr. Lance Clay Bunting's Rule 12(b)(6) Motion to Dismiss (the "Motion to Dismiss"), (Dkt. #4), be granted. The Magistrate Judge recommended Plaintiffs Marcus Moore and Mary Lee Moore's claims against Defendant be dismissed with prejudice.

Having received the Report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court.

Accordingly, the Motion to Dismiss, (Dkt. #4), is **GRANTED**. Plaintiffs' claims are **DISMISSED WITH PREJUDICE**. All relief not previously granted is hereby **DENIED**, and the Clerk is directed to **CLOSE** this civil action.

2

**So ORDERED and SIGNED this 3rd day of October, 2023.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE

2